UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| | |
|---|---|
| INNOLUX CORPORATION,<br><br>                                 Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                                 Defendant. | Court No.  24-00065 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: November 26, 2025

                                                Erik D. Smithweiss
                                                Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
                                                         Attorney for Plaintiff
                                                707 Wilshire Boulevard
                                                Suite 4150
                                                         Street Address
                                                Los Angeles, CA 90017-3720
                                                     City, State and Zip Code
                                                (213) 624-1678
                                                           Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

                                                                  By: _____
                                                                            Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 24-00065 | Innolux Corporation |
| 24-00167 | Innolux Corporation |
| 24-00168 | Innolux Corporation |
| 24-00169 | Innolux Corporation |
| 24-00170 | Innolux Corporation |
| 24-00171 | Innolux Corporation |
| 24-00172 | Innolux Corporation |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)